UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ERNESTO CASTRO,

                         Plaintiff,                    Case No. 14-cv-05073 (JFB) (AYS)

    -against-

                                                      **STIPULATION OF DISMISSAL**

FMI INDUSTRIES, INC., PAT VARDARO, and
SAM VARDARO,

                        Defendants.
-----------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and further than Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay for the period set forth in Plaintiff's Complaint.

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

_____8/21_____, 2015                              _____8/24_____, 2015

FRANK & ASSOCIATES, P.C.                KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Plaintiff*                                 *Attorneys for Defendants*

By: _____                By: _____
      Neil M. Frank, Esq.                                   Keith Gutstein, Esq.
      500 Bi-County Blvd., 112N                   135 Crossways Park Drive, Suite 201
      Farmingdale, New York 11735                Woodbury, New York 11797
      (631) 756-0400                                      (516) 681-1100
      nfrank@laborlaws.com                        kgutstein@kdvlaw.com

**SO ORDERED:**

_____

4825-4162-9478, v. 2

1